In the United States Bankruptcy Court
For the District of Maryland

In Re: Willie McMorris, Jr.　　　　　　　　　　　Case No. 16-25917
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor(s)

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

1.　This action is brought by Willie McMorris, Jr., Debtor, in the above-captioned proceeding, to obtain this Court's permission for the sale of his property free and clear of liens.

2.　This Court has exclusive jurisdiction over the property in question under 28 U.S.C. Sec. 1334.  This is a core matter.

3.　The Debtor owns real property at 3703 Yosemite Avenue, Baltimore, MD 21215 (hereinafter referred to as the "Property") and has a contract to sell the Property. A copy of the Sales Contract is attached as Exhibit 1.

4.　The Debtor desires to complete the sale of the Property.

5.　The Holder of the lien against the property was originally Bay Bank but the lien was assigned to Amos Financial. The proof of claim and assignment is attached as Exhibit 2 and 3 respectively.

6.　This sale of the property will generate funds.  The plan is a 100% plan and all plan payments have been completed.

WHEREFORE the debtor prays that this Court:

A. Enter an Order permitting the Debtor to complete the sale of the Property free and clear of liens.

B. And for any other relief as may be requisite.

      /s/ James R. Logan
James R. Logan
Attorney for the Debtor
2419 Maryland Ave.
Baltimore, MD 21218
(410) 243-1508

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND NOTICE OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS and PROPOSED ORDER were mailed first class mail, postage pre-paid on January 14, 2022 to the below listed parties:

Willie McMorris Jr.|4435 Mannasota Ave|Baltimore, MD 21206
Attached Credit Matrix

I HEREBY CERTIFY that copies of the foregoing MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND NOTICE OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS and PROPOSED ORDER were sent electronically via CM ECF on January 14, 2022 to the below listed parties:

Timothy P. Branigan    cmecf@chapter13maryland.com
Mark S. Devan    bankruptcy@albalawgroup.com
Katherine Loverde    bankruptcy@albalawgroup.com
Brian S. McNair    bankruptcy@albalawgroup.com

      /s/ James R. Logan
James R. Logan
2419 Maryland Ave.
Baltimore, MD 21218
(410)-243-1508